# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA YULIANNA GARCIA, Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br>    Defendants. | No. CV 17-6380 DSF (AFMx) <br><br> JUDGMENT |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 13, 2018

                                     Dale S. Fischer
                                     United States District Judge